Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLASSICAL SILK, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE WET SEAL, INC.; *et al.*,<br><br>Defendants. | Case No.:  CV12-09897 DMG (VBKx)<br><u>Honorable Dolly M. Gee Presiding</u><br>**STIPULATION FOR DISMISSAL OF ACTION**<br><br>*[[Proposed] Order Filed Concurrently Herewith]* |

   WHEREAS, the Parties have reached an amicable resolution of this case,

   IT IS HEREBY STIPULATED by and between the parties that this action be dismissed with prejudice, with each party to bear its own costs and fees.

Dated: February 7, 2013         By:   /s/ Stephen M. Doniger
                                      Stephen Doniger, Esq.
                                      Attorneys for Plaintiff

Dated: February 7, 2013         By:   /s/ Marcy Bergman
                                      MarcyBergman, Esq.
                                      Attorneys for Defendants

- 1 -

STIPULATION TO DISMISS ACTION