Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
**DONIGER / BURROUGHS APC**
300 Corporate Pointe, Suite 355
Culver City, California  90230
Telephone: (310) 590-1820
Facsimile:  (310) 417-3538

Attorneys for Plaintiff

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLASSICAL SILK, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>THE WET SEAL, INC.; *et al.*,<br><br>Defendants. | Case No.:  CV12-9897 DMG (VBKx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF ACTION [16]** |

    Having reviewed the parties Stipulation for Dismissal of the Action and finding good cause thereon,

    IT IS HEREBY ORDERED that this action be dismissed with prejudice, with each party to bear its own costs and fees.

Dated: February 8, 2013

_____
DOLLY M. GEE
U.S. DISTRICT JUDGE

- 1 -